08-CV-05642-ORD



# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DEAN ROYER,

    Petitioner,

v.

STEVE SINCLAIR,

    Respondent.

Case No. C08-5642FDB/JKA

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court having reviewed the Report and Recommendation of the Hon. J. Kelley Arnold United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

(1)     The Court adopts the Report and Recommendation;

(2)     The petition is **DISMISSED AS TIME BARRED.**

(3)     The clerk is directed to send copies of this order to petitioner, counsel for respondent and to the Hon. J. Kelley Arnold.

DATED this _20_ day of March, 2009.

Franklin D. Burgess
United States District Judge

ORDER - 1