# United States District Court

WESTERN DISTRICT OF WASHINGTON

DEAN ROYER,

       Petitioner,

             v.

STEVE SINCLAIR,
       Respondent

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C08-5642FDB

\_\_\_\_\_ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X\_\_\_\_ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

1. The court adopts the Report and Recommendation.

2. The petition is DISMISSED AS TIME BARRED.


March 20, 2009                                                       BRUCE RIFKIN
                                                                                                         Clerk

                                                                                             /s/ Pat LeFrois
                                                                                             Deputy Clerk